UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | No. 1:22-cv-00674-ADA-HBK |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DECLINE SUPPLEMENTAL JURISDICTION OVER PLAINTIFF'S UNRUH ACT AND HEALTH AND SAFETY CODE CLAIMS |
| v. | |
| HAROON AL RASHID, individually and dba RAHMAN GAS AND MARKET aka TRIPLE R GASOLINE, | |
| | (ECF No. 12) |
| Defendant. | |

Plaintiff Darren Gilbert ("Plaintiff") filed this action against Defendant alleging violations of Title III of the American with Disabilities Act, the California Unruh Act, and California Health & Safety Codes §§ 19955, 19959. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 13, 2023, the Court issued an order requesting Plaintiff to show cause why the Court should exercise supplemental jurisdiction over Plaintiff's state law claims. (ECF No. 11.) After Plaintiff failed to comply with the Court's order to show cause, the assigned Magistrate Judge issued findings and recommendations, recommending that the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims and dismiss the claims, without prejudice. (ECF No. 12.)

///

The findings and recommendations were served on Plaintiff[1] on August 15, 2023. Plaintiff was informed any objection must be filed within 14 days of the date of service. (*Id*. at 7-8). In addition, Plaintiff was informed that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*. (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)).) No objections were filed and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(c), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The Findings and Recommendations issued on August 15, 2023, (ECF No. 12), are ADOPTED in FULL;
2. The Court declines to exercise supplemental jurisdiction over Plaintiff's claims arising under California's Unruh Act and Health & Safety Code;
3. Plaintiff's claims for violations of the California Unruh Act and California Health & Safety Codes §§ 19955, 19959 are DISMISSED without prejudice; and
4. This matter is referred to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   September 6, 2023

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Defendant has not appeared in this action and default was entered by the Clerk of Court on August 31, 2022. (ECF No. 7.)