UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAROON AL RASHID, individually and dba RAHMAN GAS AND MARKET aka TRIPLE R GASOLINE,<br><br>　　　　Defendant. | No. 1:22-cv-00674-JAM-KJN<br><br>**ORDER** |

　　　On September 12, 2023, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

　　　Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

　　　The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

　　　Accordingly, IT IS ORDERED that:

1

1. The Proposed Findings and Recommendations filed September 12, 2023, are **ADOPTED**;

2. Plaintiff's Motion for Default Judgment (Doc. No. 9) is **GRANTED** in part as follows:

    a. Judgment is entered in Plaintiff's favor and against Defendants;

    b. The district court **DECLINES** to award Plaintiff statutory damages in the amount of $4,000.00;

    c. Plaintiff is **AWARDED** attorney's fees, litigation expenses and costs in the amount of $3,074.23; and

    d. Defendants are required within sixty (60) days of the district court's order to (1) properly configure a curb ramp at the Facility affording an accessible route crossing the curb to the Facility entrance as required by 2010 ADAAG § 406; and (2) provide a level and clear entrance at the Facility as required by 2010 ADAAG § 404.2.4.4.

Dated: October 02, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE